O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT GAETA, | ) | CASE NO. CV 11-06032 JVS (RZ) |
| Petitioner, | ) ) ) | JUDGMENT |
| vs. | ) ) | |
| TERRI GONZALEZ, WARDEN, | ) ) | |
| Respondent. | ) ) | |

This matter came before the Court on the Petition of ROBERT GAETA, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice as untimely.

DATED: April 25, 2012

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE